**Order entered October 27, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01752-CV

**STUTZ ROAD LIMITED PARTNERSHIP, ET AL., Appellants**

**V.**

**WEEKLEY HOMES, L.P. D/B/A DAVID WEEKLEY HOMES, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-01696-B**

## ORDER

We **GRANT** the October 22, 2014 motion of appellant Len-Mac Development Corp. for an extension of time to file its brief. Appellant shall file its brief by October 28, 2014. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE